JS6
cc: LASC
21STCV18145

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAVID ZEIL

           Plaintiff,

v.

DOES 1 TO 100, Inclusive.

           Defendants.

Case No. **2:22-cv-00195-RGK-MAA**

**[PROPOSED]** ORDER ON STIPULATION LIMITING PLAINTIFF'S RECOVERY TO SEVENTY-FIVE THOUSAND DOLLARS AND ZERO CENTS ($75,000.00)

Complaint Filed: 05/14/2021

     **GOOD CAUSE APPEARING, THEREFORE** and pursuant to Stipulation of the parties to Limit Plaintiff's Recovery to Seventy-Five Thousand Dollars and Zero Cents ($75,000.00), the Court orders as follows:

     ZEIL is limited in his total recovery including costs and reasonable attorney's fees to Seventy-Five Thousand Dollars and Zero Cents ($75,000.00), and therefore this matter is hereby Ordered remanded.

DATED: **3/31/2022**

R. GARY KLAUSNER
U.S. District Judge

1
[PROPOSED] ORDER ON STIPULATION TO LIMIT RECOVERY AND ORDER OF REMAND