**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kalzg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Manal Aleisa

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANAL ALEISA, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**PATAGONIA, INC.; and LOST COAST OUTFITTERS, LLC,**<br><br>Defendants. | **Case No.**: 8:22-cv-00195-JLS-KES<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS WITH DEFENDANT LOST COAST OUTFITTERS, LLC.** |

**PLAINTIFF'S NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS WITH LOST COAST OUTFITTERS, LLC.**
**CASE NO.: 8:22-CV-00195-JLS-KES**

**TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 40-2, the plaintiff Manal Aleisa has settled the claims against defendant Lost Coast Outfitters, LLC on an individual basis only.

Dated: May 26, 2022

Respectfully Submitted,
**KAZEROUNI LAW GROUP, APC**

By: /s/ *Jason A. Ibey*
JASON A. IBEY, ESQ.
jason@kazlg.com
*Attorney for Plaintiff*

---

**PLAINTIFF'S NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS WITH LOST COAST OUTFITTERS, LLC.**
**CASE NO.: 8:22-CV-00195-JLS-KES**